**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9       IN THE UNITED STATES DISTRICT COURT
10      FOR THE NORTHERN DISTRICT OF CALIFORNIA
11      SAN JOSE DIVISION

12  John Foust, et al.,                             NO. C 04-01098 JW

13          Plaintiff(s),                           **ORDER TO SHOW CAUSE**
    v.                                              **RE: SETTLEMENT**
14
    United States Of America,
15
            Defendant.
16  _____/

17      On August 5, 2005, Mark St. Angelo, Assistant United States Attorney informed the Court that the
18  above-entitled matter has reached a settlement. In light of the settlement, the Court vacates all trial and
19  pretrial dates. On or before **November 7, 2005**, the parties shall file a stipulated dismissal pursuant to
20  Federal Rule of Civil Procedure 41(a).
21      If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th
22  Floor, United States District Court, 280 South First Street, San Jose, Ca. on **November 28, 2005** at 9:00
23  a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).
24  On or before **November 14, 2005**, the parties shall file a joint statement in response to the Order to Show
25  Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement
26  and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed
27  as ordered, the Order to Show Cause hearing will be automatically vacated.
28

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: August 26, 2005                    /s/ James Ware
                                          JAMES WARE
                                          United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Mark St. Angelo mark.st.angelo@usdoj.gov
Nicholas Roberts Allis nallislaw@aol.com

**Dated: August 26, 2005**                             **Richard W. Wieking, Clerk**

                                                      **By:_ /s/ JW Chambers_____**
                                                          **Ronald L. Davis**
                                                          **Courtroom Deputy**