| | |
|---|---|
| 1 | NICHOLAS R. ALLIS (CA SBN 52176) |
|   | LAW OFFICES OF NICHOLAS R. ALLIS |
| 2 | 11601 Wilshire Blvd., Suite 1830 |
|   | Los Angeles, CA 90025-1754 |
| 3 | Telephone: 310-477-1200 |
| 4 | Attorney for Plaintiffs |
| 5 | KEVIN V. RYAN (CA SBN 118321) |
|   | United States Attorney |
| 6 | Joann M. Swanson (CA SBN 88143) |
|   | Chief, Civil Division |
| 7 | Mark St. Angelo (CA SBN 74045) |
|   | Assistant United States Attorney |
| 8 | 150 Almaden Blvd., Suite 900 |
|   | San Jose, CA 95113-2009 |
| 9 | Telephone: 408-535-5087 |
| 10 | Attorneys for Defendant |

**IT IS SO ORDERED**
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| JOHN FOUST and TERESA FOUST, | ) | No. C-04-1098 JW |
| | ) | |
| Plaintiffs, | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE, AND [PROPOSED] ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs John Foust and Teresa Foust and defendant United States of America, by and through their respective undersigned attorneys, that this case may and should be dismissed with prejudice because this matter has been settled, and that no party shall be liable to any other party for any costs of suit, including attorney's fees, incurred in this action.

Respectfully submitted,

LAW OFFICES OF NICHOLAS R. ALLIS                    KEVIN V. RYAN
                                                    United States Attorney


/s/ Nicholas R. Allis                               /s/ Mark St. Angelo
Nicholas R. Allis                                   Mark St. Angelo
Attorney for Plaintiffs                             Assistant United States Attorney

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Clerk of the Court is hereby directed to enter on the docket the dismissal with prejudice of this case, and neither Defendant United States of America nor Plaintiffs John Foust and Teresa Foust shall have any liability to the other for any costs of suit, including attorney's fees, incurred in this action.

Date: Sept. 15, 2005

/s/ James Ware
Hon. JAMES WARE
United States District Judge